# United States Court of Appeals
### For the Eighth Circuit

_____

No. 24-1485

_____

Russell A. Larson

*Plaintiff - Appellant*

v.

Buchanan County Jail; Scott Buzynski; Mike Rothford;
Steve Vine; Duane Jasper; Jail Guards; Jason Penner

*Defendants - Appellees*

_____

Appeal from United States District Court
for the Northern District of Iowa

_____

Submitted: August 5, 2024
Filed: August 9, 2024
[Unpublished]

_____

Before KELLY, GRASZ, and STRAS, Circuit Judges.

_____

PER CURIAM.

Russell Larson appeals the district court's[1] adverse grant of summary judgment in his pro se 42 U.S.C. § 1983 action. Upon careful de novo review, we affirm, as we agree with the district court that Larson did not exhaust his administrative remedies before filing suit. *See* 42 U.S.C. § 1997e(a) (prisoner may not bring action under federal law until he has exhausted available administrative remedies); *Smith v. Andrews*, 75 F.4th 805, 808 (8th Cir. 2023) (standard of review).

The judgment is affirmed. *See* 8th Cir. R. 47B.

_____

[1]The Honorable Leonard T. Strand, United States District Judge for the Northern District of Iowa.